1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  MEREDITH J. EDWARDS (CABN 279301)
   Special Assistant United States Attorney

5

6    150 Almaden Boulevard
     San Jose, California 95113
7    Telephone: (408) 535-5589
     Facsimile:  (408) 535-5066
     Email: meredith.edwards@usdoj.gov
8

   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 11-00899 DLJ
                                      )
15        Plaintiff,                  )   STIPULATION AND ~~[PROPOSED]~~
                                      )   ORDER RESCHEDULING HEARING
16     v.                             )   DATE
                                      )
17  JOSE RUIZ,                        )
                                      )
18        Defendant.                  )
                                      )
19  _____  )

20

21

22                          **STIPULATION**

23        The United States, by and through Special Assistant United States Attorney Meredith J.

24  Edwards, and defendant Jose Ruiz, by and through Assistant Federal Public Defender Robert M.

25  Carlin, hereby stipulate that, with the Court's approval, the sentencing hearing currently set for

26  Thursday, May 16, 2013, at 10:00 a.m., be vacated and rescheduled for Thursday, June 6, 2013,

27  at 10:00 a.m.

28  //

                                      1

1    The continuance is requested on behalf of government counsel, who will be in trial on

2    May 16, 2013, and therefore unavailable for the sentencing hearing.

3

4

5    Dated: May 13, 2013                                    /s/
                                              MEREDITH J. EDWARDS
6                                             Special Assistant United States Attorney

7

8    Dated: May 13, 2013                                    /s/
                                              ROBERT M. CARLIN
9                                             Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   //

26   //

27   //

28   //

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for Thursday, May 16, 2013, at 10:00 a.m., shall be continued to Thursday, June 6, 2013, at 10:00 a.m.

FH

IT IS SO ORDERED.

DATED: Í Đí ĐH

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge

3