1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  JOSE RUIZ

7

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,           )
                                        )   No. CR 11-00899-DLJ
13                                      )
                    Plaintiff,          )   **STIPULATION TO CONTINUE**
14                                      )   **SENTENCING HEARING; []**
    vs.                                 )   **ORDER**
15                                      )
    JOSE RUIZ,                          )
16                                      )
                    Defendant.          )
17  _____

18       Plaintiff United States of America, by and through Special Assistant United States

19  Attorney Casey O'Neill, and Defendant JOSE RUIZ ("Mr. Ruiz"), by and through his attorney of

20  record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the sentencing

21  hearing in this case should be continued to July 18, 2013, at 10:00 a.m.

22       1. On December 7, 2011, Mr. Ruiz was charged in a single count indictment with a

23  violation of 8 U.S.C. § 1326 (a) and (b).

24       2. Following plea negotiations with the United States, Mr. Ruiz elected to decline the

25  offer of a fast-track plea disposition and on January 17, 2013, he changed his plea to guilty

26  before this Honorable Court. The sentencing hearing was scheduled for June 27, 2013.

STIPULATION TO CONTINUE SENTENCING
HEARING; [] ORDER
No. CR 11-00899-DLJ                           1

1  3. Mr. Ruiz's sentencing hearing was scheduled for June 27, 2013, though he requested a continuance for personal reasons, which the government did not oppose and the Court granted. Counsels have conferred and July 18, 2013 is a mutually agreeable date.

4. Accordingly, the parties respectfully request that the sentencing hearing be continued to July 18, 2013, at 10:00 a.m.

IT IS SO STIPULATED.

                Respectfully submitted,

                STEVEN G. KALAR
                Federal Public Defender

                /s/

Dated: July 2, 2013        _____
                ROBERT M. CARLIN
                Assistant Federal Public Defender

                UNITED STATES ATTORNEY

                /s/

Dated: July 2, 2013        _____
                CASEY O'NEILL
                Special Assistant United States Attorney

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  JOSE RUIZ

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,      )   No. CR 11-00899-DLJ
                                   )
12               Plaintiff,        )   [] **ORDER ON**
                                   )   **STIPULATION TO CONTINUE**
13  vs.                            )   **SENTENCING HEARING**
                                   )
14  JOSE RUIZ                      )
                                   )
15               Defendant.        )
16  _____

17       1. On December 7, 2011, Mr. Ruiz was charged in a single count indictment with a

18  violation of 8 U.S.C. § 1326 (a) and (b).

19       2. Following plea negotiations with the United States, Mr. Ruiz elected to decline the

20  offer of a fast-track plea disposition and on January 17, 2013, he changed his plea to guilty

21  before this Court. The sentencing hearing was scheduled for June 27, 2013.

22       3. Counsel visited Mr. Ruiz on June 26, 2013, planning to discuss the sentencing hearing

23  that was scheduled for the next day.  Mr. Ruiz related that he had recently learnt that two of his

24  uncles had been murdered in El Salvador within the preceding two weeks.  Utterly disconsolate

25  and barely able to speak, Mr. Ruiz said that he could not face a sentencing hearing and asked

26  whether it could be continued to allow him time to grieve.

STIPULATION TO CONTINUE SENTENCING
HEARING; [] ORDER
No. CR 11-00899-DLJ                   3

1    4. For the above stated reasons, the sentencing hearing shall be continued to July 18,

2  2013, at 10:00 a.m.

3    IT IS SO ORDERED.

5  Dated: _____    _____
                                        HON. D. LOWELL JENSEN
6                                       United States District Judge

STIPULATION TO CONTINUE SENTENCING
HEARING; [] ORDER
No. CR 11-00899-DLJ                          4